IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CITICAPITAL COMMERCIAL LEASING CORPORATION, f/k/a ASSOCIATES LEASING, INC.,**

**Plaintiff,**

**v.**

**DOUGLAS T. TALLEY,**

**Defendant.**                                                                 **No. 05-CV-635-DRH**

## ORDER

**HERNDON, District Judge:**

Before the Court is a motion submitted by Plaintiff Citicapital Commercial Leasing Corporation, f/k/a Associates Leasing, Incorporated ("Plaintitff") seeking judgment by default against Defendant Douglas T. Talley ("Defendant"). (Doc. 10.)  This motion properly follows the Clerk's entry of default against Defendant, which occurred on December 8, 2005.  (Doc. 9.)  Plaintiff claims Defendant is liable for $140,627.06 in damages, plus interest at a rate of eighteen percent per annum and attorneys fees and costs of $2,436,83.  Based on Plaintiff's affidavit and records, the Court **GRANTS** default judgment for Plaintiff in the amount of $140,627.06, plus interest at a rate of eighteen percent per annum until paid in

full and attorneys' fees and costs of $2,046.83.[1]

        **IT IS SO ORDERED**.

Signed this 22nd day of December, 2005.

                                                  /s/           David RHerndon
                                             **United States District Court**

---

[1] Though Plaintiff now requests $2,436.83 in attorneys' fees and costs, when Plaintiff first submitted its motion for default judgment — which this Court denied due to its failure to comply with **Federal Rule of Civil Procedure 55** — it stated that its attorneys fees and costs amounted to $2,046.83. (Doc. 5, p. 2.) The Court is disinclined to hold Defendant liable — to the tune of $390 — for Plaintiff's failure to comply with the Federal Rules of Civil Procedure.